# EXHIBIT 1

# SUBJECT TO IMPOUNDMENT