**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS**

_____

|  |  |  |
|---|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, | : | CASE NO.: 1:25-cv-12565-ADB |
|  | : |  |
|  | : |  |
| Plaintiff, | : |  |
| v. | : |  |
|  | : |  |
| ALL WEB LEADS, INC., | : |  |
|  | : |  |
| Defendant. | : |  |

_____

### PLAINTIFF LIBERTY MUTUAL INSURANCE COMPANY'S
### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Liberty Mutual Insurance Company, through its undersigned counsel, hereby voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Each party to bear its own fees and costs.

Dated: April 27, 2026

                                                                Respectfully submitted,

                                                                _/s/ Lisa Oliver White_____
                                                                Lisa Oliver White, BBO# 666841
                                                                Shook, Hardy & Bacon L.L.P.
                                                                One Federal Street, Suite 2620
                                                                Boston, MA 02110
                                                                Tel: (617) 531-1411
                                                                lowhite@shb.com

                                                                Jad Sheikali _Pro Hac Vice forthcoming_
                                                                Shook, Hardy & Bacon L.L.P.
                                                                111 South Wacker Drive
                                                                Chicago, IL 60606
                                                                Tel: (312) 704-7700
                                                                jsheikali@shb.com

2

## <u>CERTIFICATE OF SERVICE</u>

I, Lisa Oliver White, do hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via the CM/ECF system of the United States District Court for the District of Massachusetts, on April 27, 2026.

<span style="margin-left:40%">*/s/ Lisa Oliver White*</span>
<span style="margin-left:40%">Lisa Oliver White</span>